N.C. INSURANCE GUARANTY ASSN. v. CENTURY INDEMNITY CO.

No. 373P94

Case below: 115 N.C.App. 175

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

OLIVE v. OLIVE

No. 215P94

Case below: 114 N.C.App. 269

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

SIZEMORE v. MacFIELD TEXTURING, INC.

No. 370P94

Case below: 115 N.C.App. 398

Motion by defendant to withdraw petition for discretionary review allowed 19 August 1994.

SMITH v. ALLEGHANY COUNTY DEPT. OF SOCIAL SERVICES

No. 290P94

Case below: 114 N.C.App. 727

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

SMITH v. RIGGSBEE

No. 434P94

Case below: 115 N.C.App. 729

Petition by defendants (Don L. Smith and Clymer Smith) for writ of supersedeas and motion for temporary stay denied 8 September 1994. Petition by defendants (Don L. Smith and Clymer Smith) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 September 1994.